The People of the State of New York ex rel. Stanley Ferraiolo, Appellant, against J. Vernel Jackson, as Warden of Clinton Prison, Respondent.— Appeal from an order of the Supreme Court, Clinton County Special Term, dismissing writ of habeas corpus. Appellant was convicted, upon a plea of guilty, of the crime of robbery, first degree, while armed with a dangerous weapon, and as a second offender. This conviction was had on December 8, 1926. He claims that he was convicted upon an indictment to which he did not plead guilty, and that he intended to plead to another indictment charging him with attempted robbery; also that he was not advised of his right to counsel and that his conviction was procured by fraud on the part of an unknown assistant district attorney. Apart from any legal propositions involved the record does not support appellant's assertions. Order affirmed. All concur. [See post, p. 1006.]

William Jones, Appellant, v. State of New York, Respondent. (Claim No. 27238.) — Appeal from a judgment of the Court of Claims dismissing the appellant's claim. He had become an employee of the State of New York by command of a forest ranger in connection with fighting a forest fire. All employees of the State are covered by group 16 of subdivision 1 of section 3 of the Workmen's Compensation Law. (For facts see 183 Misc. 239.) The judgment should be affirmed. Judgment affirmed, without costs. All concur. [See post, p. 1006.]

Mary A. Pritty, Respondent, v. Thomas Hanaway, Appellant.— Appeal by defendant from a judgment entered in Albany County April 24, 1945, on a verdict against him in favor of plaintiff for $8,000 and from an order denying the motion to set aside the verdict and for a new trial. The action is for damages arising from negligence. Respondent was riding with appellant, in an automobile operated by appellant, which skidded and came into contact with a tree. The principal defense is that the plaintiff is guilty of contributory negligence. Judgment and order affirmed, with costs. All concur.